# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>    Plaintiff,<br><br>  v.<br><br>GLOBAL ACCESS TECHNICAL SUPPORT LLC, also d/b/a Global S Connect, Yubdata Tech, and Technolive, a Missouri limited liability company, *et al*.,<br><br>    Defendants. | Case No. 4:16-cv-1556-HEA<br><br>Judge Henry E. Autrey<br><br>[FILED UNDER SEAL] |

## PLAINTIFF'S MOTION TO UNSEAL FILE

Plaintiff, Federal Trade Commission, hereby moves this Court for an order unsealing the file in this matter, including the Complaint and all papers submitted by Plaintiff to this date. In support thereof, Plaintiff states:

1. On October 4, 2016, this Court granted Plaintiff's *Ex Parte* Motion to Temporarily Seal File, to allow the Court-ordered asset freeze to be effectuated before Defendants had notice of this action.

2. All Defendants now have notice of this action.

WHEREFORE, the seal is no longer necessary to preserve the possibility of the requested relief in this matter. Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's Motion to Unseal File. A proposed order is submitted with this motion.

Dated: October 11, 2016

Respectfully submitted,

DAVID C. SHONKA
Acting General Counsel


/s/Elizabeth C. Scott
Elizabeth C. Scott
Illinois Bar Number:  6278075
Samantha Gordon
Illinois Bar Number:  6272135
Federal Trade Commission, Midwest Region
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
escott@ftc.gov
sgordon@ftc.gov
Phone: (312) 960-5609 [Scott]
Phone: (312) 960-5623 [Gordon]

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION