



December 9, 2016
Invoice #3204033

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri   63195

**ACH Instructions: (Not for Wire Transfer)**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:   021052053
Account Number:   25657335
Please reference invoice number(s).

**For Wire Transfer Instructions or Other Communications Please Contact:**
One US Bank Plaza
St. Louis, Missouri   63101-1693
314-552-6000
AccountsReceivable@ThompsonCoburn.com

U.S. District Court Eastern District of Missouri
Attn:   Hon. Henry E. Autrey
Thomas F. Eagleton Courthouse
111 S. 10th Street
3rd Floor
St. Louis, Missouri   63102

TIN 43-0666662

For Legal Services Rendered in Connection With:
Source Pundit LLC
TC File:   54464 / 160464

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/01/16 | J. Muzzarelli | Review materials provided by R. Chhatwal re Source Pundit Japan and follow-up with him on questions and information needed | P200 | P200 | 1.10 |
| 11/02/16 | J. Muzzarelli | Review and analyze J. Einikis declaration and exhibits re various third party companies involved in business operations | P200 | P200 | 1.90 |
| 11/03/16 | J. Muzzarelli | Review and analyze documents received from R. Chhatwal re Source Pundit Japan and draft summary for C. Schenk | P200 | P200 | 1.90 |
| 11/03/16 | J. Muzzarelli | Draft email to R. Chhatwal re follow-up on information re Source Pundit India | P200 | P200 | 0.10 |
| 11/03/16 | J. Muzzarelli | Review documents and prepare list of questions for upcoming meeting with R. Chhatwal | P200 | P200 | 1.40 |
| 11/04/16 | J. Muzzarelli | Review email from ▓▓▓▓▓ at ▓ re agreement to remit payment to Source Pundit through East West Bank account | P200 | P200 | 0.10 |
| 11/04/16 | J. Muzzarelli | Initiate wire transfer from Commerce Bank for Source Pundit to East West Bank | P200 | P200 | 0.20 |



Payment Due Upon Receipt
EXHIBIT A

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/04/16 | J. Muzzarelli | Communications with Commerce Bank wire department re insufficient funds for Source Pundit wire transfer to East West Bank | P200 | P200 | 0.20 |
| 11/04/16 | J. Muzzarelli | Communications with S. Aiello re balance of Source Pundit account causing insufficient funds for wire transfer | P200 | P200 | 0.40 |
| 11/04/16 | C. Schenk | Review communication from ▇▇ re account transfer (.1); attention to transfer of Commerce monies (.2); preliminary review of SP India expense records (.3) | P500 | P500 | 0.60 |
| 11/07/16 | J. Muzzarelli | Review proposed remittance documents from ▇▇ for contractor hours worked | P200 | P200 | 0.30 |
| 11/07/16 | J. Muzzarelli | Review documents received from R. Chhatwal re expenses and invoices paid for SP India | P200 | P200 | 0.80 |
| 11/07/16 | J. Muzzarelli | Initiate wire transfer from Source Pundit account at Commerce Bank to EWB | P200 | P200 | 0.20 |
| 11/07/16 | J. Muzzarelli | Pull templates from Commerce Bank for monthly payments made from Source Pundit account and coordinate new procedures with East West Bank for payments to be made in November 2016 | P200 | P200 | 0.90 |
| 11/07/16 | J. Muzzarelli | Review and revise invoice template from V. Jain for Source Pundit and draft email to V. Jain for C. Schenk's review | P200 | P200 | 0.30 |
| 11/07/16 | J. Muzzarelli | Receive instructions from C. Schenk and revise invoice template to send back to V. Jain | P200 | P200 | 0.20 |
| 11/07/16 | C. Schenk | Prepare communication to ▇▇ (.2); attention to SP transfer from Commerce, follow up with J. Muzzarelli (.2); review ▇▇ invoice and edit same, communication with V. Jain regarding same (.3); review expense items submitted to SP, LLC by R. Chhatwal and V. Jain and summary from ▇▇ (.4); review and execute EWB online banking form (.2) | P600 | P600 | 1.30 |
| 11/08/16 | J. Muzzarelli | Review invoices and backup documentation to reconcile prior to sending to ▇▇ for payment | P200 | P200 | 1.10 |



U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/08/16 | J. Muzzarelli | Prepare and send Treasury Management Services online banking application for C. Schenk to East West Bank | P200 | P200 | 0.20 |
| 11/08/16 | J. Muzzarelli | Prepare invoices and back-up documentation to send to ▮ per V. Jain's instructions | P200 | P200 | 1.10 |
| 11/08/16 | J. Muzzarelli | Draft email to V. Jain re ▮ payments and outstanding questions re his work for ▮ | P200 | P200 | 0.30 |
| 11/08/16 | C. Schenk | Review communications from V. Jain and documents pertaining to monthly invoice for agency and offsite personnel, edit invoice detail, prepare various communications to ▮ | P500 | P500 | 0.90 |
| 11/09/16 | J. Muzzarelli | Review and analyze documentation re SP Expenses and airfare invoices for invoicing to ▮ | P200 | P200 | 0.30 |
| 11/09/16 | J. Muzzarelli | Prepare invoice for SP expenses and back-up documentation for sending to ▮ | P200 | P200 | 0.30 |
| 11/09/16 | J. Muzzarelli | Draft email to V. Jain and R. Chhatwal re outstanding invoices and other information needed to prepare Source Pundit LLC budget | P200 | P200 | 0.20 |
| 11/09/16 | J. Muzzarelli | Review emails from ▮ re invoices received and reply to Y. Sakata confirming originals are coming via Federal Express | P200 | P200 | 0.20 |
| 11/09/16 | J. Muzzarelli | Review emails from R. Chhatwal re budgeting through January 2017 for Source Pundit and proposal for paying reduced amounts to SP Japan and SP India and draft email to R. Chhatwal requesting revised expense lists and invoices reflecting priority items for review and discussion with C. Schenk | P200 | P200 | 0.80 |
| 11/09/16 | J. Muzzarelli | Pull additional templates of wire transfer information needed for payments on invoices received for Source Pundit LLC from Commerce Bank website | P200 | P200 | 0.30 |
| 11/09/16 | J. Muzzarelli | Review salary data sheet from V. Jain with C. Schenk and draft follow-up email to V. Jain re outstanding questions | P200 | P200 | 0.80 |



U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/09/16 | J. Muzzarelli | Prepare hard copies of Source Pundit expenses for shipping to ▮ in Japan | P200 | P200 | 0.20 |
| 11/09/16 | J. Muzzarelli | Prepare checklist for invoice processing in connection with Source Pundit business | P200 | P200 | 1.40 |
| 11/09/16 | C. Schenk | Review and transmit salary data to ▮ and invoice for expenses incurred by contractors (.5); work with J. Muzzarelli to develop system for review and approval of invoices (.3); review expense data submitted by R. Chhatwal to SP LLC and reply to same (.4) | P600 | P600 | 1.20 |
| 11/10/16 | E. Hargis | Conference with J. Muzzarelli re receiver's report information re SP and current SP tasks | L05 | L05.500 | 0.20 |
| 11/10/16 | J. Muzzarelli | Finalize and send email to V. Jain and R. Chhatwal re invoice processing checklist for Source Pundit | P700 | P700 | 0.50 |
| 11/10/16 | J. Muzzarelli | Prepare draft budget for Source Pundit business | P400 | P400 | 1.80 |
| 11/10/16 | C. Schenk | Communication with ▮ re salary data and review of same (.2); review SP operating income summary (.2) | P600 | P600 | 0.40 |
| 11/11/16 | C. Schenk | Communications with EWB re account set up for contractor payments (.1) | P700 | P700 | 0.10 |
| 11/14/16 | J. Muzzarelli | Set-up online banking account with East West Bank in preparation for making wire transfers for Source Pundit continuing business operations | P100 | P100 | 0.60 |
| 11/14/16 | J. Muzzarelli | Receive confirmation from ▮ re scheduled remittance and update proposed budget worksheet to reflect date of payment | P100 | P100 | 0.20 |
| 11/14/16 | J. Muzzarelli | Attend webinar for East West Bank wire transfer process in preparation for upcoming wire transfers for Source Pundit | P100 | P100 | 0.40 |
| 11/15/16 | J. Muzzarelli | Prepare invoice and supporting documentation for October 2016 time worked by ▮, KSA contractor, and coordinate sending to ▮ for payment | P100 | P100 | 0.60 |



U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/15/16 | J. Muzzarelli | Review email from R. Chhatwal re expenses going forward for Source Pundit LLC and draft proposed response for review by C. Schenk | P100 | P100 | 0.70 |
| 11/15/16 | C. Schenk | Communication with V. Jain, review October invoice and supporting documentation for onsite contractor and prepare communication to ▓▓▓ (.3); review SP expense data submitted by R. Chhatwal (.2) | P600 | P600 | 0.50 |
| 11/16/16 | J. Muzzarelli | Prepare analysis of past invoices for SP Japan and SP Invoice for discussion with C. Schenk re R. Chhatwal's proposal for future expenses paid by SP LLC | P100 | P100 | 1.10 |
| 11/16/16 | J. Muzzarelli | Meet with C. Schenk to review expenses identified by R. Chhatwal for SP Japan and SP India going forward and receive instructions re additional information/ documentation needed | P100 | P100 | 1.20 |
| 11/16/16 | C. Schenk | Review expenses submitted by SP India and Japan, outline request for back up documentation (.5); investigate potential request for payment by ▓▓▓ due to change in laws relating to contractors (.3) | P600 | P600 | 0.80 |
| 11/17/16 | J. Muzzarelli | Revise and send email to R. Chhatwal re additional documents and information needed for expenses of SP Japan and SP India | P100 | P100 | 0.40 |
| 11/17/16 | J. Muzzarelli | Review pdf copy of email from ▓▓▓ re social insurance for contractors and draft email to R. Chhatwal and V. Jain requesting email copy with attachments | P100 | P100 | 0.20 |
| 11/17/16 | C. Schenk | Review communication from JCG involving new issues (.2); communications with V. Jain re expenses for SP (.2); telephone conference with L. Scott to discuss transfer of SP to member owners (.4) | P600 | P600 | 0.80 |
| 11/18/16 | J. Muzzarelli | Review and analyze documents produced by V. Jain in response to request for additional information to justify expenses for SP Japan and SP India | P100 | P100 | 1.10 |



*Payment Due Upon Receipt*
EXHIBIT A

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/18/16 | J. Muzzarelli | Work on setting up templates for wire transfers from East West Bank to contractors | P100 | P100 | 0.80 |
| 11/18/16 | J. Muzzarelli | Prepare financial outlook for Source Pundit to attach to receivership report | P100 | P100 | 0.60 |
| 11/18/16 | C. Schenk | Analyze expense issues and related issues, follow up with J. Muzzarelli | P600 | P600 | 0.30 |
| 11/21/16 | J. Muzzarelli | Review and analyze spreadsheets from V. Jain re SSI payment due to ▮ | P100 | P100 | 0.80 |
| 11/21/16 | J. Muzzarelli | Review and analyze documents from V. Jain re expenses for SP India and send email to V. Jain and R. Chhatwal | P100 | P100 | 1.40 |
| 11/21/16 | J. Muzzarelli | Receive email from R. Chhatwal re funds not received by ▮ contractor and telephone call to Commerce Bank requesting trace on funds | P100 | P100 | 0.20 |
| 11/21/16 | J. Muzzarelli | Attend conference call with FTC re status of Source Pundit business and recommendation to court re excise from receivership to eliminate oversight expenses | P100 | P100 | 0.50 |
| 11/21/16 | C. Schenk | Prepare communication to ▮ in response to question regarding project in Russia (.2); communication with R. Chhatwal regarding same and status of SP (.1); attention to contractor payment (.1); telephone conference with L. Scott and S. Gordon to discuss removal of SP from receivership (.5); follow up with E. Reid (.3); develop information needed for related section of receivership report (.4) | P600 | P600 | 1.60 |
| 11/22/16 | J. Muzzarelli | Reconcile recruitment tool invoices from V. Jain with proposed amount to be invoiced to Source Pundit LLC | P100 | P100 | 0.40 |
| 11/22/16 | J. Muzzarelli | Draft email to C. Schenk re proposed amount to be invoiced to Source Pundit LLC by SP India and SP Japan and impact on financial outlook | P100 | P100 | 0.10 |
| 11/22/16 | J. Muzzarelli | Work on wire transfer templates for payment to ▮ contractors next week | P100 | P100 | 0.40 |



*Payment Due Upon Receipt*

U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/22/16 | J. Muzzarelli | Draft email to V. Jain re spreadsheet of total remittance amounts and bank accounts to be credited for contractors in preparation for payments next week | P100 | P100 | 0.10 |
| 11/22/16 | J. Muzzarelli | Revise financial outlook to include Receiver expenses and outstanding amount owed to ▮▮▮▮ for NHI and NP expenses | P100 | P100 | 0.30 |
| 11/22/16 | C. Schenk | Prepare communication to ▮▮▮▮ regarding status of SP, review expense summaries | P600 | P600 | 0.30 |
| 11/23/16 | J. Muzzarelli | Exchange emails with V. Jain and R. Chhatwal re trace requested of Commerce Bank for missing wire transfer funds for ▮▮▮▮, ▮▮▮ contractor | P100 | P100 | 0.10 |
| 11/23/16 | J. Muzzarelli | Telephone call to Commerce Bank following up on trace requested of Commerce Bank for missing wire transfer funds for ▮▮▮▮, ▮▮▮ contractor | P100 | P100 | 0.10 |
| 11/23/16 | J. Muzzarelli | Receive email from V. Jain attaching remittance form including bank account to be credited for each contractor | P100 | P100 | 0.10 |
| 11/23/16 | J. Muzzarelli | Revise receivership report re Source Pundit ongoing business operations and recommendation to remove from receivership | P100 | P100 | 1.30 |
| 11/23/16 | J. Muzzarelli | Review remittance spreadsheet sent by V. Jain to ensure correct amounts to be wired to contractors | P100 | P100 | 0.30 |
| 11/23/16 | J. Muzzarelli | Review email from C. Schenk to V. Jain and R. Chhatwal re financial outlook for Source Pundit and request for instructions as to confidentiality of financial condition for receivership report filing | P100 | P100 | 0.10 |
| 11/23/16 | J. Muzzarelli | Revise financial summary for October 2016 for Source Pundit and email to C. Schenk | P100 | P100 | 0.20 |
| 11/23/16 | C. Schenk | Review expense summary, develop October information, communication regarding same with V. Jain and R. Chhatwal (.4); communications with ▮▮▮ (.1) | P600 | P600 | 0.50 |



U.S. District Court Eastern District of Missouri

| Date | Atty | Description | Phase | Task | Hours |
|---|---|---|---|---|---|
| 11/28/16 | J. Muzzarelli | Review email from ▮ re status of Source Pundit and timeline for removing Source Pundit from receivership | P100 | P100 | 0.10 |
| 11/28/16 | J. Muzzarelli | Review email from ▮ re remittance date for ▮ invoice for October time invoiced in November | P100 | P100 | 0.10 |
| 11/28/16 | J. Muzzarelli | Finalize wire transfer templates for ▮ contractors | P100 | P100 | 1.90 |
| 11/28/16 | J. Muzzarelli | Initiate and approve wire transfers to ▮ contractors | P100 | P100 | 2.10 |
| 11/28/16 | J. Muzzarelli | Telephone conferences with East West Bank re wire transfer approval procedures | P100 | P100 | 0.80 |
| 11/28/16 | J. Muzzarelli | Prepare revised financial outlook charts to attach to receivership report | P100 | P100 | 0.50 |
| 11/28/16 | C. Schenk | Communications with Rajiv and Vivek re analysis pertaining to SP operations (.3); direct changes to financial summary (.1); attention to contractor payments, coordinate with EWB and J. Muzzarelli (.3) | P600 | P600 | 0.70 |
| 11/29/16 | J. Muzzarelli | Review emails from V. Jain | P100 | P100 | 0.10 |
| 11/29/16 | J. Muzzarelli | Prepare and send wire to ▮ to India bank account, per email from J. Vivek | P100 | P100 | 0.30 |
| 11/29/16 | J. Muzzarelli | Prepare and send wire to Belair Travel in payment of invoices ID612368 and ID610384 | P100 | P100 | 0.20 |
| 11/29/16 | J. Muzzarelli | Receive email from East West Bank re returned wire transfer to contractor ▮ and research reason for return | P100 | P100 | 0.20 |
| 11/29/16 | J. Muzzarelli | Revise wire transfer template for contractor ▮ to correct intermediary bank and re-submit wire transfer for payment | P100 | P100 | 0.20 |
| 11/30/16 | J. Muzzarelli | Prepare wire templates, coordinate payment of invoices from SP India and SP Japan and send confirmation to V. Jain and R. Chhatwal | P100 | P100 | 0.50 |
| 11/30/16 | C. Schenk | Attention to payment of invoices for SP India and Japan | P600 | P600 | 0.10 |



U.S. District Court Eastern District of Missouri

| | | |
|---|---|---:|
| Total Hours | | 51.10 |
| Amount For Services | | $12,697.50 |

For Cash Outlays:
| | | |
|---|---|---:|
| 11/08/16 | For overnight delivery service TO: ███████████████████████████████████████████████████; VENDOR: Federal Express Corp. INVOICE#: 667558387, DATE: 11/11/2016, Tracking #: 784589474702, Shipment Date: 11/08/2016 | $37.12 |
| 11/08/16 | For overnight delivery service TO: ███████████████████████████████████████████████████; VENDOR: Federal Express Corp. INVOICE#: 667558387, DATE: 11/11/2016, Tracking #: 784589619862, Shipment Date: 11/08/2016 | $37.12 |
| 11/09/16 | For overnight delivery service TO: ███████████████████████████████████████████████████; VENDOR: Federal Express Corp. INVOICE#: 667558387, DATE: 11/11/2016, Tracking #: 784595972797, Shipment Date: 11/09/2016 | $37.12 |
| 11/15/16 | For overnight delivery service TO: ███████████████████████████████████████████████████; VENDOR: Federal Express Corp. INVOICE#: 667797901, DATE: 11/18/2016, Tracking #: 784653572369, Shipment Date: 11/15/2016 | $37.12 |
| | For reproduction charges | $0.56 |
| Amount For Cash Outlays | | $149.04 |



*Payment Due Upon Receipt*

EXHIBIT A

U.S. District Court Eastern District of Missouri

## TIME SUMMARY BY RANK

| Timekeeper | Hours Worked | Billed Per Hour | Billed Amount |
|---|---|---|---|
| C. Schenk | 10.10 | $505.00 | $5,100.50 |
| Subtotal for Partner | 10.10 | $505.00 | $5,100.50 |
| E. Hargis | 0.20 | $245.00 | $49.00 |
| Subtotal for Associate | 0.20 | $245.00 | $49.00 |
| J. Muzzarelli | 40.80 | $185.00 | $7,548.00 |
| Subtotal for Legal Assistant (paralegals and other legal support personnel) | 40.80 | $185.00 | $7,548.00 |
| Total All Classes | 51.10 | $248.48 | $12,697.50 |

| | |
|---|---|
| For Services | $12,697.50 |
| Less 15% Discount | -1,904.63 |
| Amount For Services | 10,792.87 |
| Amount For Cash Outlays | 149.04 |
| **TOTAL DUE** | **$10,941.91** |



*Invoice*

*Payment Due Upon Receipt*



December 9, 2016

U.S. District Court Eastern District of Missouri  
Attn: Hon. Henry E. Autrey  
Thomas F. Eagleton Courthouse  
111 S. 10th Street  
3rd Floor  
St. Louis, Missouri  63102

**Direct Correspondence To:**  
One US Bank Plaza  
St. Louis, Missouri  63101-1693  
314-552-6000  
AccountsReceivable@ThompsonCoburn.com

TIN 43-0666662

---

# REMITTANCE COPY

### PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3204033     **$10,941.91**

### Please remit this copy with your check to:

Thompson Coburn LLP  
P.O. Box 18379M  
St. Louis, MO  63195

### Wire Transfer Instructions:
Swift Code:   USBKUS44IMT  
Bank Name:   US Bank N.A.  
ABA/Routing Number:   081000210  
Bank Account Name:   Thompson Coburn LLP  
Account Number:   100 0606952

### ACH Instructions (United States only):
### NOT FOR WIRE TRANSFER USE
Account Name:   Thompson Coburn LLP  
Bank:   U.S. Bank  
ABA/Routing Number:   021052053  
Account Number:   25657335

Please reference invoice number(s) with ACH or send an e-mail with the information to  
AccountsReceivable@ThompsonCoburn.com

EXHIBIT A